IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| Lincoln Savings Bank as Administrator of the Estate of Kabeya Axel Mukendi,<br><br>Plaintiff,<br><br>vs.<br><br>Tyson Foods, Inc., Tyson Fresh Meats, Inc., John H. Tyson, Noel W. White, Dean Banks, Stephen R. Stouffer, Tom Brower, Tom Hart, Cody Brustkern, John Casey, Bret Tapken, James Hook, Doug White, Mary Jones, Debra Adams, and Ramiz Muheljic,<br><br>Defendants. | Case No. _____<br><br>**LR 81 STATEMENT** |

In connection with their Joint Notice of Removal and pursuant to Local Rule 81(a), Defendants provide the following certifications:

(1) Copies of all process, pleadings, and orders filed in the state court action are attached to the Joint Notice of Removal as Exhibit A.

(2) There are no pending motions in the state court action.

(3) A complete list of all counsel and law firms that have appeared in the state action being removed, including each attorney's office address, telephone number, facsimile number, e-mail address, and the names of the parties they represent follows:

    (a)    Thomas P. Frerichs (AT0002705)
              **FRERICHS LAW OFFICE, P.C.**
              106 E. 4th Street
              P. O. Box 328
              Waterloo, IA 50704-0328

Telephone: 319.236.7204
Facsimile: 319.236.7206
Email: tfrerichs@frerichslaw.com

John J. Rausch (AT0006398)
**RAUSCH LAW FIRM, PLLC**
3909 University Ave.
P. O. Box 905
Waterloo, IA 50704-0905
Telephone: 319.233.3557
Facsimile: 319.233.3558
Email: rauschlawfirm@dybb.com

Mel C. Orchard, III (AT0014866)
G. Bryan Ulmer, III (pending *pro hac vice*)
Gabriel Phillips (pending *pro hac vice*)
**THE SPENCE LAW FIRM, LLC**
15 S. Jackson Street
P. O. Box 548
Jackson, WY 83001
Telephone: 307.337.1283
Facsimile: 307.337.3835
Email: orchard@spencelawyers.com
ulmer@spencelawyers.com
phillips@spencelawyers.com

*Counsel for Plaintiff*

(b)  Kevin J. Driscoll (AT0002245)
Eric G. Hoch (AT0003486)
**FINLEY LAW FIRM, P.C.**
699 Walnut Street, Suite 1700
Des Moines, Iowa 50309
Telephone: 515-288-0145
Facsimile: 515-288-2724
Email: kdriscoll@finleylaw.com
ehoch@finleylaw.com

Christopher S. Coleman
(*pro hac vice* forthcoming)
Jessica L. Everett-Garcia
(*pro hac vice* forthcoming)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000

Phoenix, Arizona 85012
Telephone: 602-351-8000
Facsimile: 602-648-7000
Email: CColeman@perkinscoie.com
JEverettGarcia@perkinscoie.com

*Counsel for Defendants Tyson Foods, Inc., Tyson Fresh Meats, Inc., John H. Tyson, Noel W. White, Dean Banks, Steven R. Stouffer, Tom Brower, Doug White, Mary Jones, Debra Adams, and Ramiz Muheljic*

(c) Nicholas Klinefeldt
**FAEGRE DRINKER BIDDLE & REATH LLP**
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: 515-447-4717
Facsimile: 515-248-9010
Email: nick.klinefeldt@faegredrinker.com

*Counsel for Defendants Tom Hart, Cody Brustkern, John Casey, Bret Tapken, and James Hook*

.

/s/ Kevin J. Driscoll
Kevin J. Driscoll     AT0002245
Eric G. Hoch          AT0003486
**FINLEY LAW FIRM, P.C.**
699 Walnut Street, Suite 1700
Des Moines, Iowa 50309
Telephone: 515-288-0145
Facsimile: 515-288-2724
Email: kdriscoll@finleylaw.com
       ehoch@finleylaw.com

Christopher S. Coleman
(*Pro hac vice* forthcoming)
Jessica L. Everett-Garcia
(*Pro hac vice* forthcoming)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: 602-351-8000
Facsimile: 602-648-7000
Email: CColeman@perkinscoie.com
       JEverettGarcia@perkinscoie.com

**ATTORNEYS FOR DEFENDANTS TYSON FOODS, INC., TYSON FRESH MEATS, INC., JOHN H. TYSON, NOEL W. WHITE, DEAN BANKS, STEPHEN R. STOUFFER, TOM BROWER, DOUG WHITE, MARY JONES, DEBRA ADAMS, and RAMIZ MUHELJIC**

# CERTIFICATE OF SERVICE

This is to certify that, on June 8, 2022, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system as follows:

Thomas P. Frerichs
**Frerichs Law Office, P.C.**
106 E. 4th Street, P. O. Box 328
Waterloo, Iowa 50704-0328
319.236.7204 / 319.236.7206 (fax)
tfrerichs@frerichslaw.com

John J. Rausch
**Rausch Law Firm, PLLC**
3909 University Ave., P. O. Box 905
Waterloo, Iowa 50704-0905
319.233.35557 / 319.233.3558 (fax)
rauschlawfirm@dybb.com

Mel C. Orchard, III
G. Bryan Ulmer, III
Gabriel Phillips
**The Spence Law Firm, LLC**
15 S. Jackson Street
P. O. Box 548
Jackson, Wyoming 83001
307.337.1283 / 307.337.3835 (fax)
orchard@spencelawyers.com
ulmer@spencelawyers.com
phillips@spencelawyers.com

*Attorneys for the Plaintiff*

Nicholas Klinefeldt
**Faegre Drinker Biddle & Reath LLP**
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
515.447.4717 / 515.248.9010 (fax)
nick.klinefeldt@faegredrinker.com

*Attorneys for Defendants Tom Hart, Cody Brustkern,*
*John Casey, Bret Tapken, and James Hook*

            /s/ Kevin J. Driscoll