IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| Ann K. Wilson as Administrator of the Estate of Felicie Joseph,<br><br>                           Plaintiff,<br>   vs.<br>Tyson Foods, Inc., Tyson Fresh Meats, Inc., John H. Tyson, Noel W. White, Dean Banks, Stephen R. Stouffer, Tom Brower, Tom Hart, Cody Brustkern, John Casey, Bret Tapken, James Hook, Doug White, Mary Jones, and Debra Adams,<br>                           Defendants. | Case No. 6:22-cv-02025-LRR-KEM<br><br>**UNOPPOSED MOTION TO STAY DEADLINE TO FILE SCHEDULING ORDER AND DISCOVERY PLAN** |

COME NOW the Defendants, pursuant to LR 7(d)(2) and for their Motion to Stay Deadline to File Proposed Scheduling Order and Discovery Plan until the Court rules on the pending Motion to Remand and state as follows:

      1.      On June 8, 2022, Defendants filed a Notice of Removal of this action from the District Court for Black Hawk County to the United States District Court for the Northern District of Iowa (Doc. 1).

      2.      The Court set the following deadlines:

           a.      Deadline to file Proposed Scheduling Order and Discovery Plan: August 8, 2022.

      3.      On June 15, 2022, Defendants filed Motions to Dismiss Petition (Docs. 4 & 5).

      4.      On July 5, 2022, Plaintiff filed an Emergency and Untimely Motion to File An Extension to Respond to Defendants' Pending Motions to Dismiss (Doc. 9), seeking a belated extension of the June 29 deadline to respond to Defendants' Motions to Dismiss until July 25, 2022. The Parties then conferred about the briefing schedule for Defendants' Motion to Dismiss, and on July 11, 2022, filed a Joint Motion to Extend Deadlines (Doc. 11), requesting

deadlines of July 25 for Plaintiff to file Resistances to Defendants' Motions to Dismiss and August 15 for Defendants to file Replies.

5. On July 8, 2022, Plaintiff filed a Motion to Remand (Doc. 10). Defendants filed a Resistance to Plaintiff's Motion to Remand on July 22, 2022 (Doc. 19).

6. The Court entered an Order on July 19, 2022, (Doc. 14) denying as moot the Plaintiff's Emergency and Untimely Motion to Extend the Deadline to File Resistance to Defendants' Motion to Dismiss (Doc. 9) and the Parties' Joint Motion (Doc. 11). The Court found that because there was a pending Motion to Remand that "raises jurisdiction issues, the court must consider [the Motion to Remand] first."

7. Given that the Motion to Remand is still pending, the Court's reasoning in its July 19th Order applies here to warrant a stay of the deadline to file a Proposed Scheduling Order and Discovery Plan. It is in the interest of judicial economy to stay the deadline for filing the Proposed Scheduling Order and Discovery Plan in this matter until the Court rules on Plaintiff's Motion to Remand.

9. Should the Court deny Plaintiff's Motion to Remand, Defendants request that at that time, the Court re-set the deadline to file a Proposed Scheduling Order and Discovery Plan.

10. The undersigned has communicated this request with Plaintiff's counsel and Plaintiff does not resist this motion to stay these deadlines.

WHEREFORE, the Defendants respectfully request the Court enter an Order staying the deadline to file a Proposed Scheduling Order and Discovery Plan pending the Ruling on Plaintiff's Motion to Remand and such further relief as the Court deems appropriate.

Respectfully submitted,

/s/ Kevin J. Driscoll
Kevin J. Driscoll     AT0002245
Eric G. Hoch     AT0003486
**FINLEY LAW FIRM, P.C.**

699 Walnut Street, Suite 1700
Des Moines, Iowa 50309
Telephone: 515-288-0145
Facsimile: 515-288-2724
Email: kdriscoll@finleylaw.com
ehoch@finleylaw.com

Christopher S. Coleman
(*Pro hac vice* forthcoming)
Jessica L. Everett-Garcia
(*Pro hac vice* forthcoming)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: 602-351-8000
Facsimile: 602-648-7000
Email: CColeman@perkinscoie.com
JEverettGarcia@perkinscoie.com
ATTORNEYS FOR DEFENDANTS
TYSON FOODS, INC., TYSON FRESH
MEATS, INC., JOHN H. TYSON,
NOEL W. WHITE, DEAN BANKS,
STEPHEN R. STOUFFER, TOM
BROWER, DOUG WHITE, DEBRA
ADAMS, and MARY JONES

## CERTIFICATE OF SERVICE

This is to certify that, on August 8, 2022, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system as follows:

Thomas P. Frerichs
**Frerichs Law Office, P.C.**
106 E. 4th Street, P. O. Box 328
Waterloo, Iowa 50704-0328
319.236.7204 / 319.236.7206 (fax)
tfrerichs@frerichslaw.com

John J. Rausch
**Rausch Law Firm, PLLC**
3909 University Ave., P. O. Box 905
Waterloo, Iowa 50704-0905
319.233.35557 / 319.233.3558 (fax)

Mel C. Orchard, III
G. Bryan Ulmer, III
Gabriel Phillips
**The Spence Law Firm, LLC**
15 S. Jackson Street
P. O. Box 548
Jackson, Wyoming 83001
307.337.1283 / 307.337.3835 (fax)
orchard@spencelawyers.com
ulmer@spencelawyers.com
phillips@spencelawyers.com

rauschlawfirm@dybb.com
*Attorneys for the Plaintiff*

Nicholas Klinefeldt
**Faegre Drinker Biddle & Reath LLP**
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
515.447.4717 / 515.248.9010 (fax)
nick.klinefeldt@faegredrinker.com
*Attorneys for Defendants Tom Hart, Cody Brustkern,
John Casey, Bret Tapken, and James Hook*

                                            /s/ Fonda M. Davis